U.S. COURTS

MAR 09 2021

Rcvd_____Filed_____Time 11:30
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

William Fletcher

6576 West Douglas Street

Boise Idaho 83704

(208)918-6917

William.fletcher2018@outlook.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

William Fletcher                                            Case No.

vs.

John Doe/Jane Doe

The State of Idaho, Judge Jason Scott

The Fourth Judicial District court of the State of Idaho in and for the County of Ada,

Idaho Court of Appeals

Chief Judge Molly Huskey, Judge Amanda Brailsford , Judge David Gratton

                                          Injunctive Relief from an

                                          Invalid/Illegal Conviction

                                          Jury Trial Requested if needed

A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: (check all that apply):

    X 42 U.S.C. § 1983 (applies to state, county, or city defendants) INJUNCTIVE RELIEF

\_\_\_\_ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)

\_\_\_\_ Other federal statute (specify) _____; or diversity of citizenship.

    X I also ask the federal court to exercise supplemental jurisdiction over state law claims.

B. PLAINTIFF My name is William Fletcher. I am a citizen of the State of Idaho, presently residing at 6576 West Douglas Street Boise, Idaho 83704.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

The Defendants, John Doe, Jane Doe, The State of Idaho, The Fourth Judicial District Court for the State of Idaho in and for the County of Ada, Honorable Judge Jason Scott, The Idaho Court of Appeals, Honorable Judge Amanda Brailsford, Honorable Chief Judge Molly Huskey, Honorable Judge David Gratton all conspire to ignore and or break Idaho legislation section 19-1420 as it is written in plain English and making an exception to the rule of law.

**Idaho Legislation section 19-1420**

- "An indictment or information may be amended by the prosecuting attorney without leave of the court, at any time BEFORE THE DEFENDANT PLEADS. Further, An Information or Indictment CANNOT BE AMENDED so as to charge an offense other than that for which the defendant has been held to answer"

The Courts and Judges Duties are to Uphold the Laws and Legislation and not make an exception to change them. (state, county, city, federal government, or private entity performing a public function)

The fact of the matter is that on October 1, 2013 The State Prosecutors Amended Mr. Fletcher original Indictment to Injury to a child (Felony) I. C. Section 18-1501 (1) breaking Idaho Legislation Section 19-1420 making an exceptional rule to benefit themselves and prejudice the substantial of the defendant Mr. Fletcher.

2. (Factual Basis of Claim)

- Mr. William Fletcher was indicted on April 24, 2013 on 2 Counts of Lewd Conduct with minor under 16 for Sexual Penetrating the victim on multiple occasion with no DNA or physical evidence to support it as well as a Polygram showing and proving that Mr. William Fletcher never had any sexual contact with the victim (A. W.)
- Mr. William Fletcher was arrested on the Indictment Warrant on May 22 2013
- Mr. William Fletcher entered a not guilty plead on June 4, 2013 and a trial date was set
- On October 1, 2013 Mr. William Fletcher was forced into signing an invalid Plea agreement by his Public Defender Ms. Teri Jones because she didn't want to take the case to trial. (The State Prosecutor and Ms. Teri Jones conspired to break legislation and not let Mr. Fletcher know about it)
- March 2020 Mr. Fletcher files an Idaho Criminal Rule 35 to correct the invalid/Illegal conviction was denied by Honorable Judge Jason Scott as he failed to uphold Idaho Legislation section 19-1420
- July 2020 Fletcher appealed Honorable Jason Scott ruling as he ignored Idaho Legislation breaking the law no matter what as there is no exception to make for someone to purposely break Idaho Legislation section 19-1420 to benefit themselves and gain a conviction
- March 1, 2021, Idaho Court of Appeals affirm Honorable Judge Jason Scott decision not to correct the invalid/illegal conviction where legislation was broken and the courts made an exceptional rule to allow Idaho Legislation section 19-1420 to be broken.

- **<u>Provides Further, that after a charge has been ignored by a grand jury, no person shall be held to answer, or for trial therefor, upon information of public prosecutor.</u>**

4. I allege that I suffered the following injury or damages as a result:

Emotional, Mental and Spiritual distress as a result being labeled and placed on a sex offense case load while incarcerated and now while on parole, lost of wages where the Plaintiff Mr. Fletcher was prevented from returning the the United States Army; when the conviction was invalid as a result of a clear violation of Idaho Legislation section 19-1420 and the State of Idaho and its Courts refuse to acknowledge it.

5. I am seeking the following relief:

   A. Injunctive relief from the Invalid/illegal conviction of Injury to a Child I. C. section 18-1501 (1) as the plea agreement was invalid as the State of Idaho broke their own Legislation law to benefit themselves and a conviction rate.

   B. Monetary Relief $62,000 a year for wrongful incarceration (4 years 9 months) plus an additional $25,000 a year for being labeled as a sex offender on Parole (3 years and counting) Grand total of **$372,277.13** The same law that pass the house 72-0 and was veto last year by government and sits on his desk today.

6. I am suing Defendant in their official capacity (seeking an order for Defendant to act or stop acting in a certain way; and money damages from an entity because of Defendant's acts, as allowed by law); or __ Defendant is an entity (government or private business).

**How Can These Honorable Courts and Honorable Judge's Make an exception to allow Idaho Legislation and Idaho Constitution to be broken? And ignored as Just to get a conviction If the Plaintiff William Fletcher is unable to bring these claims against the defendants who all equally participating in Violating legislation and the Due process of Mr. Fletcher. How Do Mr. Fletcher suppose to get his freedom back from under this invalid conviction of Injury to a Child I. C. section 18-1501(1)?**

## D. PREVIOUS OR PENDING LAWSUITS:

I have pursued the following criminal appeals:

note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)

1. **48033** (Idaho Supreme Court /Idaho Court of Appeals)
2. **CR-FE-2013-5474** (The District Court of the Fourth Judicial District of the State of Idaho in and for The County of Ada.)

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do not x request that an attorney be appointed to represent me in this matter. As this is about the matter of Law of the State of Idaho being ignored and having a person be convicted due to illegal procedures

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read the complaint, and that the information contained in

the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on

_____ (date); OR that I gave the complaint to prison officials for mailing and filing with the

Clerk of Court under the indigent inmate policy on _____ (date); OR (specify other method)

_____.

Executed at  March  on  09 2021.

(Location) (Date)

Plaintiff's Original Signature

Injunctive Relief Complaint -